No. 5251.  JACKSON *v.* INTERNATIONAL HARVESTER CO. C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5258.  ROSS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5580.  THURMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5627.  UPTGRAFT ET AL. *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 432.  UNITED ORDER OF AMERICAN BRICKLAYERS & STONE MASONS, LOCAL 21 *v.* WATERS ET AL.; and

No. 454.  INTERNATIONAL HARVESTER CO. *v.* WATERS ET AL.  C. A. 7th Cir.  Motion to dispense with printing respondents' brief granted.  Certiorari denied.  Reported below: 427 F. 2d 476.

No. 520.  CIMINI *v.* UNITED STATES; and

No. 521.  O'MALLEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.  Reported below: 427 F. 2d 129.

No. 553.  MARTIN, DBA SILKO NEW IMPROVED PRODUCTS CO. *v.* CROWN ZELLERBACH CORP.  C. C. P. A.  Motion for leave to supplement petition granted.  Certiorari denied.